UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.     22cr10003 |
| | ) |
| v. | ) Violation: |
| | ) |
| RUBEN DAVILA CARDENAS, | ) Count One: Distribution of and Possession with |
| | ) Intent to Distribute 400 Grams or More of |
| | ) Fentanyl |
| Defendant | ) (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi)) |
| | ) |
| | ) Forfeiture Allegation: |
| | ) (21 U.S.C. § 853) |
| | ) |

INDICTMENT

COUNT ONE
Distribution of and Possession with Intent to Distribute
400 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi))

The Grand Jury charges:

On or about October 19, 2021, in Woburn, in the District of Massachusetts, and elsewhere,

the defendant,

RUBEN DAVILA CARDENAS,

did knowingly and intentionally distribute and possess with intent to distribute 400 grams or more

of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

1

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1.      Upon conviction of the offense in violation of Title 21, United States Code,

Section 841, set forth in Count One, the defendant,

### RUBEN DAVILA CARDENAS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result

of such offense; and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of, such offense.

2.      If any of the property described in Paragraph 1, above, as being forfeitable

pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the

defendant --

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the property described

in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

2

A TRUE BILL

FOREPERSON


JOHN T. MULCAHY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: JANUARY 5 , 2022
Returned into the District Court by the Grand Jurors and filed.

                                        /s/ Lisa Belpedio, 12:35 pm
                                        DEPUTY CLERK

3